*IN THE UNITED STATES DISTRICT COURT*
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

MICHELLE BONDS, ET AL                                        Plaintiff(s)

v.                           4:09CV00968 SWW

LITTLE ROCK SCHOOL DISTRICT, ET AL                           Defendant(s)

### ORDER

By order April 12, 2010, the Court directed that the parties participate in a Rule 26(f) conference and file a report by July 1, 2010. The proposed trial date in this matter is February 7, 2011, however no final scheduling order will be issued until the Rule 26(f) report is filed.

IT IS THEREFORE ORDERED that counsel file the Rule 26(f) report forthwith.

DATED this 5th day of October 2010.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE