IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| MICHELLE BONDS, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | No. 4:09CV00968 SWW |
| | * | |
| THE BOARD OF EDUCATION OF THE | * | |
| LITTLE ROCK SCHOOL DISTRICT, | * | |
| ET AL., | * | |
| | * | |
| Defendants. | * | |

**Order**

Upon verbal motion by defendants, the Court hereby vacates its order of October 5, 2010, pending ruling on defendants' motion to strike or, in the alternative, for more definite statement.

DATED this 6th day of October, 2010.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE