IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| MICHELLE BONDS, ET AL., | * |
| Plaintiffs, | * |
| vs. | *   No. 4:09CV00968 SWW |
| THE BOARD OF EDUCATION OF THE LITTLE ROCK SCHOOL DISTRICT, ET AL., | * |
| Defendants. | * |

**Order**

Pending before the Court are motions for voluntary dismissal filed by separate plaintiffs Warrine Robinson, Jo Evelyn Elston, and Rhonda Banks to which defendants filed no timely response. The Court finds the motions should be and are hereby granted.

Pursuant to Fed.R.Civ.P. 41(a)(2), the Court grants the motion to dismiss without prejudice[1] filed by Warrine Robinson [docket entry 43]; grants the motion to dismiss without prejudice filed by Jo Evelyn Elston [docket entry 44]; and grants the motion to dismiss with prejudice filed by Rhonda Banks [docket entry 45].

SO ORDERED this 6th day of April, 2011.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE

---

[1] The motion to dismiss with prejudice filed by Warrine Robinson [docket entry 42] is denied as moot.