IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| MICHELLE BONDS, ET AL., | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| vs. | * | No. 4:09CV00968 SWW |
| | * | |
| THE BOARD OF EDUCATION OF THE | * | |
| LITTLE ROCK SCHOOL DISTRICT, | * | |
| ET AL., | * | |
| | * | |
| Defendants. | * | |

**Order**

Before the Court is a motion for voluntary dismissal with prejudice filed by separate plaintiff Shelia Green Hayes to which defendants filed no timely response. The Court finds the motion filed pursuant to Fed.R.Civ.P. 41(a)(2) should be granted.

IT IS THEREFORE ORDERED that the motion to dismiss [docket entry 46] is granted. Plaintiff's claims are dismissed with prejudice.

DATED this 2nd day of May, 2011.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE