IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| MICHELLE BONDS, ET AL., | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| vs. | * | No. 4:09CV00968 SWW |
| | * | |
| THE BOARD OF EDUCATION OF THE | * | |
| LITTLE ROCK SCHOOL DISTRICT, | * | |
| ET AL., | * | |
| | * | |
| Defendants. | * | |

## Order

Before the Court is a motion for voluntary dismissal filed by separate plaintiff Frederick Carroll to which defendants filed no timely response. The Court finds the motion should be and is hereby granted.

Pursuant to Fed.R.Civ.P. 41(a)(2), the Court grants the motion to dismiss without prejudice [docket entry 48].

SO ORDERED this 20th day of May, 2011.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE