IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| MICHELLE BONDS, ET AL., | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| vs. | * | No. 4:09CV00968 SWW |
| | * | |
| BOARD OF EDUCATION OF THE LITTLE ROCK SCHOOL DISTRICT, ET AL., | * * * | |
| | * | |
| Defendants. | * | |

**Judgment**

Pursuant to the Memorandum Opinion and Order entered in this matter on this date, the Court hereby dismisses the claims of Michelle Bonds, Vertina Banks, Patricia Crosslin, Angela Geans, Joyce Jacobs, Linda Jones, Clementine McDuffie, Valerie Rouse, and Rose Wilson with prejudice. The Court dismisses the claims of Rodney Campbell without prejudice. The relief sought is denied.

DATED this 8th day of July, 2011.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE